Russell S. Young, pro se. Donald Eldridge Jeffrey, III, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Russell S. Young seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Young v. Angelone,* No. CA–00–660–AM (E.D .Va. Sept. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Pete X. Smith, pro se.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Pete X. Smith appeals the district court's order denying Smith's application seeking federal habeas corpus relief under 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Smith v. State of North Carolina,* No. CA–00–593–5–H (E.D.N.C. Sept. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Pete X. SMITH, Petitioner–Appellant,

v.

State of NORTH CAROLINA; Attorney General of North Carolina, T. Brooks Skinner, Jr., Respondents–Appellees.

No. 00–7476.

United States Court of Appeals, Fourth Circuit.

Submitted March 8, 2001.

Decided March 15, 2001.

Clarence COVINGTON, Petitioner–Appellant,

v.

Ron ANGELONE, Respondent–Appellee.

No. 00–7480.

United States Court of Appeals, Fourth Circuit.

Submitted March 8, 2001.

Decided March 15, 2001.